AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| ADIDAS AMERICA, INC., a Delaware corporation; and ADIDAS AG, a foreign entity,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BALLY AMERICAS, INC., a Delaware corporation<br><br>*Defendant(s)* | Civil Action No.  No. 3:16-cv-01738-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BALLY AMERICAS, INC.
750 Lexington Avenue
21st Floor
New York, New York 10022


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen M. Feldman, OSB No. 932674
sfeldman@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **08/31/2016**

By: **s/Sutawnee Sellers, Deputy Clerk**